No. 55997.—George F. Bassett & Co., Inc., et al. *v.* United States, protests 137641–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of bowls and vases the same in all material respects as those the subject of Abstract 55073, the claim of the plaintiffs was sustained.

No. 55998.—Imperial Gem Syndicate et al. *v.* United States, protests 121078–K/618, etc. (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of Mexican tecali stones suitable for use in the manufacture of jewelry similar in all material respects to those the subject of *L. Heller & Son, Inc.* v. *United States* (25 Cust. Ct. 83, C. D. 1268), the claim of the plaintiffs was sustained.

No. 55999.—B. L. Pulver & Son and L. Rausnitzova *v.* United States, protests 134133–K and 139327–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.